**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No.: 9:16-cv-81472-WJZ

THOMAS SMITH,

    Plaintiff,

v.

BLUESTEM BRANDS, INC.,
 d/b/a FINGERHUT,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Thomas Smith, by and through undersigned counsel, hereby gives notice of a pending settlement concerning the instant matter. The parties have reached a tentative settlement with regards to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of same, the parties will file the appropriate dismissal documents with the Court.

Dated: February 7, 2017

    Respectfully submitted,

    By:/s/ *Christopher Legg*
    Christopher Legg, Esq.
    *Attorney for Plaintiff*
    Florida Bar No. 44460

    BUCHWALD LEGG, PLLC
    3837 Hollywood Blvd., Ste. B
    Hollywood, FL 33021
    Telephone: 954-962-2333
    Chris@TheConsumerLawyers.Com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on 7th day of February, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/ or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                                         By: /s/ Christopher W. Legg, Esq.
                                         Christopher W. Legg, Esq.
                                         Florida Bar No.: 44460