UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.: 16-cv-81472-CIV-ZLOCH

THOMAS SMITH,

       Plaintiff,

v.

BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT,

       Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff, THOMAS SMITH, ("Plaintiff"), and Defendant, BLUESTEM BRANDS, INC., D/B/A/ FINGERHUT, ("Defendant"), by and through the undersigned counsels of record, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, hereby file this Joint Voluntary Dismissal. Plaintiff agrees to dismiss the instant action against Defendant with prejudice. Plaintiff and Defendant agree to bear responsibility for their own attorney's fees and costs associated with the instant action, except as otherwise agreed upon between the parties.

Dated: March 3, 2017

| BUCHWALD LEGG, PLLC. | WIAND GUERRA KING |
|---|---|
| /s/Christopher W. Legg | /s/ Kimberly A. Koves |
| Christopher W. Legg, Esq. | Kimberly A. Koves, Esq. |
| FBN: 44468 | FBN: 100282 |
| 3837 Hollywood Blvd., Ste. B | 5505 W. Gray Street |
| Hollywood, FL 33023 | Tampa, FL 33609 |
| Phone: 954-962-2333 | Phone: 813.347.5111 |
| Chris@TheConsumerLawyers.Com | kkoves@wiandlaw.com |
| Maria@TheConsumerLawyers.Com | mmadison@wiandlaw.com |