```
           UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA

           CASE NO. 16-81472-CIV-ZLOCH
```

THOMAS SMITH,

      Plaintiff,               **FINAL ORDER OF DISMISSAL**

vs.

BLUESTEM BRANDS,

      Defendant.

_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal With Prejudice (DE 29) filed herein by both Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Joint Stipulation Of Dismissal With Prejudice (DE 29) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    3. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   8th   day of March, 2017.

                                  WILLIAM J. ZLOCH
                                  Sr. United States District Judge

Copies furnished:

All Counsel of Record